**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:    Case No. 19-11294-elf
    Chapter 13

ALIYA A MARTINEZ
AKA ALIYA A RAMIREZ DE MARTINEZ

Debtor(s).

## NOTICE OF APPEARANCE

**Nations Lending Corporation, an Ohio Corporation**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:    /s/ Christopher M. McMonagle, Esquire
Christopher M. McMonagle, Esquire,
Bar No: 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Attorney for Creditor

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 8th day of March, 2019, to the following:

Alfonso G. Madrid
Law Office of Alfonso Madrid
757 South 8th Street
Philadelphia, PA 19147
alfonsomadridlawECF@gmail.com
*Attorney for Debtor(s)*


William C. Miller,Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
wcmiller@ramapo.com
*Chapter 13 Trustee*


United S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Aliya A Martinez
aka Aliya A Ramirez De Martinez
6040 Webster St
Philadelphia, PA 19143
*Debtor(s)*


                                                                                By:    */s/Christopher M. McMonagle, Esquire*