# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ALIYA A. MARTINEZ a/k/a | : | CASE NO: 19-11294ELF |
| ALIYA A. RAMIREZ DE MARTINEZ | : | |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the Supplemental Application for Compensation for Services Performed after Confirmation Of Chapter 13 Plan, and upon notice, opportunity for hearing, and/or certification of no objection, supplemental counsel fees are allowed in the following amount:

Total supplemental fee award allowed under 11 U.S.C. §330 :    $ 750.00 *

This amount is to be paid by the Trustee to Alfonso Madrid, Esquire, to the extent provided for by the confirmed plan.

Date:  9/30/19

_____
Eric L. Frank
United States Bankruptcy Judge

---

\*    The time expended for modifying this confirmed plan appears excessive for an attorney as experienced and skillful as Debtor's counsel.  Further, the matter was uncontested, making it unnecessary for counsel to appear in court on the motion to modify that had the support of the chapter 13 trustee.  These considerations warrant a reduction of compensation equivalent to something less than 1.0 hours of counsel's time.